UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:25-cv-00992-FWS-SSC | Date: June 30, 2025 |
| Title | Joshua Hansen v. Dr. Pekair, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why First Amended Petition (ECF 7) Should Not Be Dismissed**

     On May 27, 2025, the Court ordered Petitioner to show cause why this action should not be dismissed. (ECF 6.) The Court explained that the habeas petition failed to present a proper claim for habeas review. The Court further explained that "in the event Petitioner wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09 . . . [or i]n the alternative, Petitioner may proceed with this action by electing to convert the petition into an action pursuant to any of the avenues of relief discussed above." (ECF 6.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00992-FWS-SSC          Date: June 30, 2025

Title      Joshua Hansen v. Dr. Pekair, et al.

Petitioner then filed a notice of dismissal (ECF 8) and a First Amended Petition (ECF 7).  The amended petition is nearly identical to the original petition merely substituting some respondents in the caption.  Thus, the First Amended Petition suffers from the same deficiencies as the original complaint.

Accordingly, for the reasons explained in the Court's prior show-cause order (ECF 6), because it appears Petitioner has not presented a proper claim for habeas review, IT IS ORDERED that he show cause in writing, no later than **July 30, 2025**, why this action should not be dismissed.  In the event Petitioner wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **July 30, 2025**.  In the alternative, Petitioner may proceed with this action by electing to convert the petition into an action pursuant to any of the avenues of relief discussed in the Court's May 27, 2025 order.  If Petitioner elects to so proceed, he must file notice of such election no later than **July 30, 2025**.

If Petitioner files a notice of voluntary dismissal or a notice of election to convert the petition to an alternative action by **July 30, 2025**, this order to show cause will be automatically discharged and Petitioner need not respond to it separately.

Petitioner is cautioned that failure to file a timely response to this order will result in a recommendation to the district judge to dismiss this case be dismissed.

**IT IS SO ORDERED**.

                                                                          :
                                              Initials of Preparer     **ts**