UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HANSEN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DR. PEKAIR, et al.,<br><br>　　　　　　Respondent. | Case No. 5:25-cv-00992-FWS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action without leave to amend but without prejudice to re-filing claims through a non-habeas action.

DATED: 8/26/2025

　　　　　　　　　　　　　　Hon. Fred W. Slaughter
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE