UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HANSEN,<br><br>    Petitioner,<br><br>  v.<br><br>DR. PEKAIR, et al.,<br><br>    Respondent. | Case No. 5:25-cv-00992-FWS-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without leave to amend but without prejudice to re-filing claims through a non-habeas action.

DATED: 8/26/2025

        Hon. Fred W. Slaughter
        UNITED STATES DISTRICT JUDGE